UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIMBERLY C. CUTONE and ANTHONY CUTONE,<br><br>Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY, *et al.*,<br><br>Defendants. | 04-12725 RCL<br><br>Civil Action No. 04-1365 (GK) |

### ORDER

Upon consideration of Eli Lilly and Company's Consent Motion to Transfer pursuant to 28 U.S.C. § 1404(a), it is this 9th day of December, 2004,

**ORDERED** that the Motion is hereby **granted**; and it is further

**ORDERED** that the case be transferred to the United States District Court for the District of Massachusetts pursuant 28 U.S.C. § 1404(a).

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Clerk's Office
333 Constitution Avenue, NW
Washington, DC 20001

*Instructions for retrieving electronic case filings:*

**04-12725 RCL**

Transferring Case number: **1:04cv1365 (GK)**

Case Caption: **CUTONE, et al., v. ELI LILLY AND COMPANY., et al**

    **CLICK ON:**
- J-Net
- External Court Sites
- DC District Court
- Electronic Case Filing
- (IN RED) BEGIN: Electronic Case Filing
- Case Management/Electronic Case Filing System

MAGISTRATE JUDGE Bowler

At login type: **usdcdma**
   Password: **usdcdma**
Skip "Client Code", click logon

Once you are into CM/ECF, to print the docket sheet click:

    - Reports
    - Docket Sheet
    - **Type in Case number:**
    - Run Report

To print each item on the docket sheet click on the underlined document number and print.

If the document does not have an underlined document number or if it does not have a document number at all, then there will be nothing to print. It will be just what is printed on the docket sheet.

**NOTE**: Once you have retrieved our case information for the transfer case, please e-mail our court at dcd_cmecf@dcd.uscouts.gov with your courts case number.