**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**


KIMBERLY C. CUTONE and                  :
ANTHONY CUTONE,                         :
                                        :
            Plaintiffs,                 :
                                        :
        v.                              :    Civil Action No. 04-1365 (GK)
                                        :
ELI LILLY AND COMPANY, *et al.*,        :
                                        :
            Defendants.                 :


**ORDER**

Upon consideration of Eli Lilly and Company's Consent Motion to Transfer pursuant to 28

U.S.C. § 1404(a), it is this 9th day of December, 2004,

**ORDERED** that the Motion is hereby **granted**; and it is further

**ORDERED** that the case be transferred to the United States District Court for the District

of Massachusetts pursuant 28 U.S.C. § 1404(a).


                                        /s/
                                        _____
                                        Gladys Kessler
                                        United States District Judge


**Copies via ECF to all counsel of record**