UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIMBERLY C. CUTONE and <br> ANTHONY CUTONE, <br>                 **Plaintiffs** <br><br> v. <br><br> ELI LILLY AND COMPANY, *et al.*, <br>                 **Defendants.** | ) <br> ) <br> ) <br> )   CIVIL ACTION NO. <br> ) <br> )   04-12725-RCL <br> ) <br> ) |

**NOTICE OF APPEARANCE**

Now comes the undersigned, Marc C. Laredo and Lisa Cooney, and hereby enter their appearance for Pharmacia & UpJohn Company *also known as* The UpJohn Company in the above-captioned matter.

_____        _____
Marc C. Laredo, BBO# 543973      Lisa Cooney, BBO#636631
Laredo & Smith, LLP                    Laredo & Smith, LLP
15 Broad Street, Suite 600           15 Broad Street, Suite 600
Boston, MA 02109                      Boston, MA 02109
617-367-7984                             617-367-7984

Dated: January 12, 2005

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 1/12/05
_____