UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIMBERLY C. CUTONE and ANTHONY CUTONE,<br><br>Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY, ET AL.,<br><br>Defendants. | Civil Action No.04-CV-12725-RCL |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearance of the undersigned as attorneys for the Defendant, Premo Pharmaceutical Laboratories, Inc., in the above-entitled case.

                                                                     Julie M. Wade (653902)
                                                                     Jodi B. Buske (657990)
                                                                     GOODWIN PROCTER LLP
                                                                    Exchange Place
                                                                    Boston, MA 02109-2881
                                                                    617.570.1000

Dated: January 24, 2005

LIBA/1447159.1