UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

KIMBERLY CUTONE

    Plaintiff

CA. No. 1:04-CV-12725 (RCL)

v.

ELI LIILY AND COMPANY

    Defendant

## NOTICE OF APPEARANCE

    COMES NOW Sheila E. Mone of the firm of KENNETH M. LEVINE & ASSOCIATES, 370 Washington Street, Brookline, Massachusetts 02445 and file their appearance as counsel for the Plaintiff in the above referenced matter.

    Respectfully submitted this 3rd day of February, 2005.

    /s/

    _____
    Sheila E. Mone BBO#634615
    KENNETH M. LEVINE & ASSOCIATES
    370 Washington Street
    Brookline, MA 02446
    617-566-2700

DATED:  February 3, 2005