UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIMBERLY C. CUTONE, et al.,<br><br>       Plaintiffs,<br><br>  v.<br><br>ELI LILLY AND COMPANY, BRISTOL-MYERS SQUIBB COMPANY, PHARMACIA AND UPJOHN COMPANY, PREMO PHARMACEUTICAL LABORATORIES, INC., DART INDUSTRIES, INC. and WYETH-AYERST LABORATORIES,<br><br>       Defendants. | CIVIL ACTION<br>NO. 1:04-CV-12725-RCL |

## NOTICE OF APPEARANCE

Please enter the appearance of Mary B. Murrane of Bingham McCutchen LLP as counsel for defendant Wyeth, in the above-captioned civil action.

             **Wyeth,**

            By its attorneys,

            /s/ Mary B. Murrane
            Janice W. Howe, BBO #242190
            Paul M. Robertson, BBO #562421
            Mary B. Murrane, BBO #644448
            **BINGHAM MCCUTCHEN LLP**
            150 Federal Street
            Boston, MA 02110
            (617) 951-8000

Dated: February 16, 2005

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel of record by U.S. Mail on February 16, 2005.

            /s/ Mary B. Murrane
            Mary B. Murrane

LITDOCS/589190.1