UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIMBERLY C. CUTONE, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ELI LILLY AND COMPANY, BRISTOL-MYERS SQUIBB COMPANY, PHARMACIA AND UPJOHN COMPANY, PREMO PHARMACEUTICAL LABORATORIES, INC., DART INDUSTRIES, INC. and WYETH-AYERST LABORATORIES,<br><br>　　　　　　　　　　Defendants. | CIVIL ACTION<br>NO.  1:04-CV-12725-RCL |

## NOTICE OF APPEARANCE

Please enter the appearance of Janice W. Howe of Bingham McCutchen LLP as counsel for defendant Wyeth, in the above-captioned civil action.

**Wyeth,**

By its attorneys,

 /s/ Janice W. Howe
Janice W. Howe, BBO #242190
Paul M. Robertson, BBO #562421
Mary B. Murrane, BBO #644448
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA  02110
(617) 951-8000

Dated: February 16, 2005

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel of record by U.S. Mail on February 16, 2005.

 /s/ Mary B. Murrane
Mary B. Murrane

LITDOCS/589317.1