UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIMBERLY C. CUTONE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ELI LILLY AND COMPANY, BRISTOL-MYERS SQUIBB COMPANY, PHARMACIA AND UPJOHN COMPANY, PREMO PHARMACEUTICAL LABORATORIES, INC., DART INDUSTRIES, INC. and WYETH-AYERST LABORATORIES, <br><br> Defendants. | CIVIL ACTION <br> NO. 1:04-CV-12725-RCL |

## NOTICE OF APPEARANCE

Please enter the appearance of Paul M. Robertson of Bingham McCutchen LLP as counsel for defendant Wyeth, in the above-captioned civil action.

**Wyeth,**

By its attorneys,

 /s/ Paul M. Robertson
Janice W. Howe, BBO #242190
Paul M. Robertson, BBO #562421
Mary B. Murrane, BBO #644448
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA  02110
(617) 951-8000

Dated: February 16, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel of record by U.S. Mail on February 16, 2005.

 /s/ Mary B. Murrane
Mary B. Murrane

LITDOCS/589316.1