UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIMBERLY C. CUTONE AND ANTHONY CUTONE,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>ELI LILLY AND COMPANY, BRISTOL-MYERS SQUIBB COMPANY, PHARMACIA AND UPJOHN COMPANY, PREMO PHARMACEUTICAL LABORATORIES, INC., DART INDUSTRIES, INC. and WYETH-AYERST LABORATORIES,<br><br>　　　　　　　　　　Defendants. | No. 1:04-CV-12725-RCL |

## NOTICE OF WITHDRAWAL OF APPEARANCE

F. Lane Heard, III and the law firm of Williams & Connolly LLP withdraw their appearance in the above-captioned matter. Janice W. Howe, Paul M. Robertson, and Mary B. Murrane of Bingham McCutchen LLP have entered an appearance as successor counsel for Wyeth.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　WILLIAMS & CONNOLLY LLP

　　　　　　　　　　　　　　　　　　 /s/ F. Lane Heard, III
　　　　　　　　　　　　　　　　　　F. Lane Heard, III (DC Bar No. 291724

　　　　　　　　　　　　　　　　　　　　725 12th Street, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　　　(202) 434-5000

　　　　　　　　　　　　　　　　　　*Attorneys for Wyeth*

Dated: February 16, 2005

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of February 2005 a true and correct copy of the foregoing Notice of Withdrawal of Appearance was forwarded by first-class mail, postage prepaid, to the parties listed on the attached Service List.

**Aaron M. Levine**
AARON M. LEVINE & ASSOCIATES
1320 19th Street N.W.
Fifth Floor
Washington, DC  20036

**Brian L. Henninger**
FOLEY HOAG LLP
155 Seaport Boulevard
Seaport World Trade Center West
Boston, MA  02210

**Sidney G. Leech**
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street
Baltimore, MD  21202

**Marc C. Laredo**
LAREDO & SMITH LLP
15 Broad Street
Suite 600
Boston, MA  02109

**Julie M. Wade**
GOODWIN PROCTER, LLP
Exchange Place
Boston, MA  02109

**F. Lane Heard, III**
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, D.C.  20005

**Lawrence Hedrick Martin**
FOLEY HOAG LLP
1875 K Street, NW
Suite 800
Washington, DC  20006

**Lisa J. Cooney**
FAXON & LAREDO
15 Broad Street
Suite 600
Boston, MA  02109

**Elizabeth Ewert**
DRINKLE BIDDLE LLP
1500 K Street NW
Washington, DC  20005

**Juli Zsuzsa Simonyi**
ECCLESTON & WOLF, P.C.
2001 S. Street, NW
Washington, DC  20009-1125

**John F. Anderson**
TROUTMAN SANDERS LLP
1660 International Drive
McLean, VA  22102

  /s/ Mary B. Murrane
Mary B. Murrane

- 2 -

LITDOCS/589361.1