UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KIMBERLY C. CUTONE and
ANTHONY CUTONE,

      Plaintiffs,

   v.

ELI LILLY AND COMPANY, ET AL.,

      Defendants.

Civil Action No.04-CV-12725-RCL

## <u>NOTICE OF APPEARANCE</u>

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearance of Jodi B. Buske, as counsel for the defendant Premo

Pharmaceutical Laboratories, Inc., in the above-entitled case.

      Respectfully submitted,

      PREMO PHARMACEUTICAL
      LABORATORIES, INC.

      By its attorneys,


      /s/ Jodi B. Buske_____
      Jodi B. Buske (657990)
      GOODWIN PROCTER LLP
      Exchange Place
      Boston, MA 02109-2881
      617.570.1000

Dated: March 15, 2005