UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KIMBERLY C. CUTONE and ANTHONY CUTONE<br><br>Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>) CIVIL ACTION No. 1:04-CV-12725 RCL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Mark E. Swirbalus on behalf of the Defendant, Bristol-Myers Squibb Company, in the above-captioned matter.

                  Respectfully Submitted,

                  /s/ Mark E. Swirbalus
                  Mark E. Swirbalus, BBO # 631650
                  DAY, BERRY & HOWARD LLP
                  260 Franklin Street
                  Boston, MA 02110
                  (617) 345-4600

Dated : March 30, 2005

-2-

## CERTIFICATE OF SERVICE

      I, Mark E. Swirbalus hereby certify that on this 30th day of March, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

                                         /s/ Mark E. Swirbalus
                                         Mark E. Swirbalus