UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KIMBERLY C. CUTONE and ANTHONY CUTONE<br><br>Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>) CIVIL ACTION No. 1:04-CV-12725 RCL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT BRISTOL-MYERS SQUIBB COMPANY

Pursuant to Fed. R. Civ. P. 41 (a) (1), through their counsel, the Plaintiffs and the Defendant Bristol-Myers Squibb Company hereby stipulate to the dismissal of this case with prejudice as it relates solely to Bristol-Myers Squibb Company, without any right of appeal, with the Plaintiffs and Bristol-Myers Squibb Company each bearing their own costs and fees.

A Praecipe of Dismissal with Prejudice, signed by out-of-state counsel for the Plaintiffs and Bristol-Myers Squibb Company, is attached hereto as Exhibit 1.

| | |
|---|---|
| Respectfully Submitted,<br>KIMBERLY C. CUTONE and<br>ANTHONY CUTONE | Respectfully Submitted,<br>BRISTOL-MYERS SQUIBB COMPANY |
| /s/ Sheila Mone<br>Sheila Mone, BBO # 634615<br>KENNETH M. LEVINE & ASSOCIATES<br>370 Washington Street<br>Brookline, MA 02445<br>(617) 566-2700 | /s/ Mark E. Swirbalus<br>Mark E. Swirbalus, BBO # 631650<br>DAY, BERRY & HOWARD LLP<br>260 Franklin Street<br>Boston, MA 02110<br>(617) 345-4600 |

Dated : March 30, 2005

-2-

## **CERTIFICATE OF SERVICE**

      I, Mark E. Swirbalus hereby certify that on this 30th day of March, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.


                                              /s/ Mark E. Swirbalus
                                              Mark E. Swirbalus

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIMBERLY C. CUTONE and ANTHONY CUTONE | * |
| Plaintiffs | * |
| v. | * Civil Action No.: 1:04-CV-12725 (RCL) |
| ELI LILLY AND COMPANY, et al. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \*

### PRAECIPE OF DISMISSAL WITH PREJUDICE

Mr. Clerk:

Please be advised that the Plaintiffs in the above-captioned case, acting through their counsel, Aaron M. Levine & Associates, P.A., and Defendant, Bristol-Myers Squibb Company, acting through its attorneys, Sidney G. Leech and Goodell, DeVries, Leech & Dann, LLP, have reached a settlement in the above-captioned case. These parties agree to the dismissal "With Prejudice" of the above-captioned case as to the Defendant, Bristol-Myers Squibb Company, only.

| | |
|---|---|
| Aaron M. Levine<br>Aaron M. Levine & Associates<br>1320 19th Street, N.W., Suite 500<br>Washington, D.C. 20036<br>(202) 833-0202<br>*Attorneys for Plaintiff* | Sidney G. Leech<br>Malcolm S. Brisker<br>Goodell, DeVries, Leech & Dann, LLP<br>One South Street, 20th Floor<br>Baltimore, Maryland 21202<br>(410) 783-4000<br>*Attorneys for Defendant,*<br>***Bristol-Myers Squibb Company*** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this \18th day of March, 2005, a copy of a Praecipe of Dismissal With Prejudice regarding Defendant Bristol-Myers Squibb Company's was mailed via first class mail, postage-prepaid to:

Aaron M. Levine & Associates
1320 19th Street, NW - Suite 500
Washington, DC 20036; *Attorneys for Plaintiff*

James J. Dillon, Esquire
Brian L. Henninger, Esquire
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210; *Attorneys for Eli Lilly and Company*

John F. Anderson, Esquire
Troutman Sanders, LLP
1660 International Drive
Suite 600, Tysons Corner
McLean, VA 22102; *Attorneys for Dart Industries, Inc.*

Julie M. Wade, Esquire
Goodwin Proctor, LLP
Exchange Place
Boston, Massachusetts 02109; *Attorneys for Premo Pharmaceutical Laboratories, Inc.*

Marc C. Laredo, Esquire
Laredo & Smith, LLP
15 Broad Street
Suite 600
Boston, Massachusetts 02109; *Attorneys for Pharmacia and Upjohn Company*

Janice W. Howe, Esquire
Mary B. Murrane, Esquire
Bingham McCutcheon, LLP
150 Federal Street
Boston, Masschusetts; *Attorneys for Wyeth, Inc.*

Sidney G. Leech