IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIMBERLY C. CUTONE and<br>ANTHONY CUTONE,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY, et al.,<br><br>　　　　Defendants. | ]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]     Civil Action No.: 1:04-cv-12725-RCL<br>Next Event: Scheduling Conference on<br>April 13, 2005 at 3:00 p.m. |

## LOCAL RULE 16.1(D) STATEMENT

PLEASE TAKE NOTICE THAT the undersigned parties to this action, and their Counsel, hereby certify, pursuant to Local Rule 16.1 (D)(3) of the Local Rules of the United States District Court for the District of Massachusetts that:

a.　they have conferred with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and

b.　they have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

　　　　　　　　　　　　　　　　　　　　　　　　　Plaintiffs
　　　　　　　　　　　　　　　　　　　　　　　　　By their Attorneys,

_[signature]_　　　　　　　　　　　　　　　　　　_[signature]_
KIMBERLY C. CUTONE　　　　　　　　　　　SHEILA MONE, BBO#634615
　　　　　　　　　　　　　　　　　　　　　　　　　Kenneth M. Levine & Associates
　　　　　　　　　　　　　　　　　　　　　　　　　370 Washington Street
　　　　　　　　　　　　　　　　　　　　　　　　　Brookline, MA  02446
_[signature]_　　　　　　　　　　　　　　　　　　617-566-2700
ANTHONY CUTONE