UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIMBERLY C. CUTONE and<br>ANTHONY CUTONE<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>ELI LILLY AND COMPANY, et al.,<br><br>　　　　　　Defendants. | CIVIL ACTION No. 04-CV-12725 (RCL) |

### DEFENDANT ELI LILLY AND COMPANY'S
### LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), defendant Eli Lilly and Company and its attorneys hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—for the above-captioned litigation and have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

　　　　　　　　　　　　　　　　　　　　ELI LILLY AND COMPANY,

By its attorneys:　　　　　　　　　　　　By:

_____　　　_____
James J. Dillon (BBO # 124660)　　　　　Michael Harrington
Brian L. Henninger (BBO # 657926)　　　Associate General Counsel
FOLEY HOAG LLP　　　　　　　　　　　ELI LILLY AND COMPANY
155 Seaport Boulevard　　　　　　　　　Lilly Corporate Center
Boston, MA 02111-2600　　　　　　　　Indianapolis, IN 46285

Dated: __April 5__, 2005　　　　　　　　Dated: March 31, 2005

B3011442.1