UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIMBERLY C. CUTONE and;<br>ANTHONY CUTONE<br>　　　　Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY, *et al.*,<br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.<br><br>1:04-cv-12725-RCL |

**DEFENDANT PHARMACIA & UPJOHN COMPANY'S**
**L.R. 16.1 (D)(3) CERTIFICATION**

Pursuant to Local Rule 16.1 (D)(3) of the United States District Court for the District of Massachusetts, Defendant Pharmacia & Upjohn Company LLC *formerly known as* The Upjohn Company certifies that it has conferred with counsel:

(a)　with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b)　to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

PHARMACIA & UPJOHN COMPANY LLC　　　PHARMACIA & UPJOHN COMPANY LLC

_____
Malini Moorthy, Esq.

By their attorneys,

_____　3/31/05
Marc C. Laredo, BBO#543973
Lisa Cooney, BBO#636631
Laredo & Smith, LLP
15 Broad Street, Suite 600
Boston, MA 02109
(617)367-7984 (telephone)
(617)367-6475 (facsimile)

Dated: March 29, 2005