UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KIMBERLY C. CUTONE and
ANTHONY CUTONE,

      Plaintiffs,

v.

ELI LILLY AND COMPANY, ET AL.,

      Defendants.

Civil Action No.04-CV-12725-RCL

### Local Rule 16.1(D)(3) Certification

Counsel for Premo Pharmaceutical Laboratories certifies that she has conferred with her client with a view to establishing a budget for the costs of conducting full course – and various alternative courses – of litigation and to consider the use of alternative dispute resolution programs.

_____
Jodi B. Buske

Dated: March 29, 2005

LIBA/1521348.1