UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIMBERLY C. CUTONE, et al.,<br><br>       Plaintiffs,<br><br>  v.<br><br>ELI LILLY AND COMPANY, BRISTOL-MYERS SQUIBB COMPANY, PHARMACIA AND UPJOHN COMPANY, PREMO PHARMACEUTICAL LABORATORIES, INC., DART INDUSTRIES, INC. and WYETH-AYERST LABORATORIES,<br><br>       Defendants. | CIVIL ACTION<br>NO.  1:04-CV-12725-RCL |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), defendant Wyeth (sued herein as "Wyeth -Ayerst Laboratories") certifies as follows:

Wyeth has conferred with its outside counsel with a view towards establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation and to consider the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4 (such as the use of a mini-trial, a summary jury trial, or mediation).

| **WYETH,** | **WYETH,** |
|---|---|
| | By its attorneys, |
| /s/ Howard M. Cyr | /s/ Mary B. Murrane |
| Howard M. Cyr, III, Esq. | Janice W. Howe, BBO #242190 |
| Senior Corporate Counsel | Paul M. Robertson, BBO #562421 |
| **WYETH** | Mary B. Murrane, BBO #644448 |
| 500 Arcola Road | **BINGHAM McCUTCHEN LLP** |
| North Dock, RC-1 | 150 Federal Street |
| Collegeville, PA  19426 | Boston, MA  02110 |
| (484) 865-8648 | (617) 951-8000 |

DATED:  April 5, 2005

LITDOCS/595349.1