UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

KIMBERLY CUTONE, et al
    Plaintiffs

v.                              CA. No. 1:04-cv-12725-RCL

ELI LIILY AND COMPANY

    Defendant

## NOTICE OF APPEARANCE

COME NOW Sheila Mone of the firm of Kenneth m. Levine & Associates, 370 Washington Street, Brookline, Massachusetts 02445 and file her appearance as counsel for the Plaintiffs in the above referenced matter.

Respectfully submitted this 11th day of April, 2005.

/s/ Sheila Mone

_____
Sheila Mone BBO#634615
KENNETH M. LEVINE & ASSOCIATES
370 Washington Street
Brookline, MA 02446
617-566-2700

DATED:  April 12, 2005

### Certificate of Service

I, Sheila E. Mone, so state that on this 12th day of April, 2005 I did serve the above document upon counsel for the defendant via electronic case filing.

/s/ Sheila Mone

_____
Sheila Mone