UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIMBERLY C. CUTONE and ANTHONY CUTONE,<br>　　　　　Plaintiffs<br><br>v.<br><br>ELI LILLY AND COMPANY, *et al.*,<br>　　　　　Defendants. | )<br>)<br>)<br>)<br>) CIVIL ACTION NO.<br>)<br>) 04-12725-JLT<br>)<br>)<br>) |

NOTICE OF WITHDRAWAL

　　　Now comes the undersigned, Lisa Cooney, of the law firm of Laredo & Smith, LLP, counsel for the Defendant Pharmacia & Upjohn Company LLC f/k/a The Upjohn Company, (the "Clients") and provides, pursuant to Rule 11 of the Massachusetts Rules of Civil Procedure, her notice of withdrawal as counsel for the Client in this action. The undersigned states that Marc C. Laredo of Laredo & Smith, LLP will continue to represent the Client in this matter. There are no motions currently pending before the Court, and no trial date has been set.

　　　　　　　　　　　　　　　　　　　　/s/ Lisa Cooney
　　　　　　　　　　　　　　　　　　　　Lisa Cooney, BBO# 636631
　　　　　　　　　　　　　　　　　　　　Laredo & Smith, LLP
　　　　　　　　　　　　　　　　　　　　15 Broad Street, Suite 600
　　　　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　　　　(617) 367-7984
　　　　　　　　　　　　　　　　　　　　May 12, 2005

**CERTIFICATE OF SERVICE**

      I, Lisa Cooney, hereby certify that a true and correct copy of the foregoing Notice of Withdrawal was sent first-class mail, postage prepaid, on this 12th day of May, 2005 to the following attorneys who are not listed as receiving this service electronically:

John F. Anderson, Esq.
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, VA 22102

Elizabeth Ewert, Esq.
Drinkle Biddle LLP
1500 K Street NW
Washington, DC 20005

Lawrence H. Martin, Esq.
Foley Hoag LLP
1875 K Street, NW, Suite 800
Washington, District of Columbia 20006-1238

Juli Z. Simonyi, Esq.
Eccleston and Wolf, P.C.
2001 S. Street, NW
Washington, DC  20009-1125

                                              /s/ Lisa Cooney

May 12, 2005