UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KIMBERLY C. CUTONE and ANTHONY CUTONE,<br><br>            Plaintiffs,<br><br>    v.<br><br>ELI LILLY AND COMPANY, *et al,*<br><br>            Defendants. | CIVIL ACTION<br>NO. 1:04-CV-12725-JLT |

## STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT WYETH

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and Local Rule 41.1, plaintiffs Kimberly C. Cutone and Anthony Cutone hereby dismiss the above-referenced action as to defendant Wyeth with prejudice and without costs to any party. All rights of appeal are hereby waived.

**Plaintiffs Kimberly C. Cutone and Anthony Cutone,**

By their attorneys,


 /s/ Aaron M. Levine
Kenneth M. Levine, BBO #296850
Sheila Mone, BBO #634615
**LAW OFFICE OF KENNETH LEVINE**
370 Washington Street
Brookline, MA 02445
(617) 566-2700

Aaron M. Levine, Esq.
Steven J. Lewis, Esq.
**AARON LEVINE & ASSOCIATES**
1320 Nineteen Street, N.W., Fifth Floor
Washington, D.C. 20036
(202) 833-8046

**Defendant Wyeth,**

By its attorneys,


 /s/ Mary B. Murrane
Janice W. Howe, BBO #242190
Paul M. Robertson, BBO #562421
Mary B. Murrane, BBO #644448
**BINGHAM McCUTCHEN LLP**
150 Federal Street
Boston, MA 02110-1726
(617) 951-8000

| | |
|---|---|
| **Defendant Eli Lilly and Company,** | **Defendant Premo Pharmaceutical Laboratories, Inc.,** |
| By its attorneys, | By its attorneys, |
| /s/ Brian Henniger | /s/ Jody B. Buske |
| James J. Dillon, BBO #124660<br>Brian L. Henniger, BBO #657926<br>Ericka L. Harper, BBO #652511<br>**FOLEY HOAG LLP**<br>155 Seaport Boulevard<br>Boston, MA 02111-2600<br>(617) 832-1000 | Jody B. Buske, BBO #657990<br>Julie M. Wade, BBO #653902<br>**GOODWIN PROCTER, LLP**<br>Exchange Place<br>Boston, MA 02109<br>(617) 570-8342<br><br>Juli Zsuzsa Simonyi, Esq.<br>**ECCLESTON & WOLF, P.C.**<br>2001 S Street, N.W., Suite 310<br>Washington, D.C. 20009<br>(202) 857-1696 |

**Defendant Pharmacia and Upjohn Company,**

By its attorneys,

/s/ Marc C. Laredo

Marc C. Laredo, BBO #543973
**LAREDO & SMITH LLP**
15 Broad St., Ste. 600
Boston, MA 02109
(617) 367-7984

Elizabeth Ewert, Esq.
**DRINKER, BIDDLE AND REATH LLP**
1500 K Street NW
Washington, DC 20005
(202) 842-8864

Dated:  July 19, 2005