UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

KIMBERLY CUTONE and ANTHONY CUTONE,

Plaintiffs,

v.

ELI LILLY AND COMPANY, et al.,

Defendants.

---

Civil Action No. 1:04CV12725 (JLT)

**DEFENDANT PREMO PHARMACEUTICAL LABORATORIES, INC.'S
PROPOSED LIST OF DEPONENTS**

Premo Pharmaceutical Laboratories, Inc. may depose the following individuals during the course of discovery in the above-referenced matter:

1. Plaintiff Kimberly Cutone
2. Plaintiff Anthony Cutone
3. Virginia Machado Camporesi
4. Philip McGovern, M.D.
5. Francis H. Boudreau, M.D.
6. Emilie Hiltron, M.D.
7. Selwyn Oskowitz, M.D.
8. Suseela Doss, M.D.
9. Harris Busch, M.D.
10. Richard J. Falk, M.D.
11. Brian Strom, M.D., M.P.H.

1

LIBA/1570215.1

12. Harold B. Sparr, R.Ph., M.S.

13. James P. DellaVolpe

14. Cindy Kobelin, M.D.

15. Bruce Cohen, M.D.

Premo reserves the right to supplement and/or amend this list as discovery progresses.

GOODWIN PROCTER LLP

By: /s/ Jodi B. Buske
Julie M. Wade (653902)
Jodi B. Buske (657990)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
Telephone: 617.570.1000
Facsimile: 617.523.1231
jwade@goodwinprocter.com
jbuske@goodwinprocter.com
*Attorneys for Defendant Premo*
*Pharmaceutical Laboratories, Inc.*

Of Counsel:
Christopher Garvey, Esq. (561404)
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York 10022
Telephone (212) 813-8800
Facsimile (212) 355-3333
Cgarvey@goodwinprocter.com

Dated: July 29, 2005

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of July 2005, a true and correct copy of the foregoing Proposed List of Deponents was electronically mailed to:

Aaron M. Levine, Esq.
Aaron M. Levine & Associates, P.A.
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036
aaronlevinelaw@aol.com
*Attorneys for Plaintiff*

Sheila Mone, Esq.
Kenneth M. Levine & Associates
370 Washington Street
Boston, MA 02445
smone@klevinelaw.com
*Attorneys for Plaintiff*

Brian Henninger, Esq.
Foley Hoag LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
bhenninger@foleyhoag.com
*Attorneys for Eli Lilly and Company*


/s/ Jodi B. Buske
Jodi B. Buske