UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KIMBERLY CUTONE and ANTHONY *
CUTONE, *
 *
      Plaintiffs, *
 * Civil Action No. 04-12725-JLT
   v. *
 *
ELI LILLY AND COMPANY et al., *
 *
      Defendants. *
 *

ORDER
=====

August 15, 2005

TAURO, J.

After the Scheduling Conference held on August 2, 2005, this court hereby orders that:

1. Plaintiff may depose (1) Louis Weinstein, M.D., (2) Richard E. Blackwell, Ph.D., M.D., (3) Karin E. Michels, M.D., and (4) Kenneth Mundt, M.D;

2. Defendant Premo Pharmaceutical Laboratories, Inc. may depose (1) Kimberly Cutone, (2) Anthony Cutone, (3) Virginia Machado Camporesi, (4) Philip McGovern, M.D., (5) Francis H. Boudreau, M.D., (6) Emilie Hiltron, (7) Selwyn Oskowitz, M.D. (8) Suseela Doss, M.D., (9) Harris Busch, M.D. (10) Richard J. Falk, M.D., (11) Brian Strom, M.D., M.P.H., (12) Harold B. Sparr, R.Ph., M.S., (13) James P. DellaVolpe, (14) Cindy Kobelin, M.D., and (15) Bruce Cohen, M.D;

3. Defendant Eli Lilly and Company may depose Plaintiffs, Plaintiff Kimberly Cutone's mother and father, and Plaintiffs' medical providers or pharmacists;

4. Defendant Eli Lilly and Company shall file with this court a list of the names of the abovementioned deponents before taking any depositions;

5. No additional discovery will be permitted without leave of this court;

6. All discovery shall be completed by December 30, 2005;

7. Dispositive motions shall be filed by January 31, 2006; and

8. A Further Conference is scheduled for March 7, 2006 at 10:00 a.m.

IT IS SO ORDERED.

      /s/ Joseph L. Tauro
United States District Judge