## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

KIMBERLY C. CUTONE and ANTHONY
CUTONE,

                     Plaintiffs,

      v.

ELI LILLY AND COMPANY, et al.,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

Civil Action No. 1:04-cv-12725 (JLT)

## STIPULATION OF DISMISSAL WITH PREJUDICE OF
## DEFENDANT PREMO PHARMACEUTICAL LABORATORIES, INC.

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiffs Kimberly C. Cutone and Anthony

Cutone hereby Dismiss the above-referenced action in its entirety as to defendant Premo

Pharmaceutical Laboratories, Inc. With Prejudice, with each party to bear its own costs and

attorneys' fees.


Respectfully submitted,

/s/ Sheila Mone (by permission)
Sheila Mone (BBO #534615)
Kenneth Levine & Associates
370 Washington Street
Boston, Massachusetts 02446
617-566-2700


Aaron M. Levine, Esq.
Aaron M. Levine & Associates, P.A.
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036

*Attorneys for Plaintiff*

/s/ Jodi B. Buske
Jodi B. Buske (BBO #657990)
Goodwin Procter LLP
Exchange Place
Boston, Massachusetts 02109-2881
617-570-8345


Christopher Garvey, Esq.
Diana M. Rosenberg, Esq.
Goodwin Procter LLP
599 Lexington Avenue
New York, New York 10022

*Attorneys for Defendant*
*Premo Pharmaceutical Laboratories, Inc.*

<u>/s/ Brian L. Henninger (by permission)</u>
James J. Dillon (BBO #124660)
Brian L. Henninger (BBO # 657926)
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
617-832-1000

*Attorneys for Eli Lilly and Company*