UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIMBERLY C. CUTONE and ANTHONY CUTONE<br><br>Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY, et al.,<br><br>Defendants. | CIVIL ACTION No. 04-CV-12725 (JLT) |

**DEFENDANT ELI LILLY AND COMPANY'S
AMENDED LIST OF PROPOSED DEPONENTS**

On November 4, 2005, Plaintiffs Kimberly and Anthony Cutone submitted a supplemental expert disclosure pursuant to Fed. R. Civ. P. 26(a)(2). Accordingly, Defendant Eli Lilly and Company ("Lilly") submits the following amended list of deponents:

1. Kimberly Cutone (Plaintiff);

2. Anthony Cutone (Plaintiff);

3. Virginia Camporesi (Plaintiff's mother);

4. Dr. Bruce Cohen (Plaintiff Kimberly Cutone's treating physician);

5. Dr. Selwyn Oskowitz (Plaintiff Kimberly Cutone's treating physician);

6. Dr. Emilie Hitron (Plaintiff Kimberly Cutone's treating physician);

7. Dr. Francis H. Boudreau (Plaintiff Kimberly Cutone's treating physician);

8. Dr. Suseela Doss (Plaintiff Kimberly Cutone's treating physician);

9. Dr. Cindy Kobelin (Plaintiff Kimberly Cutone's treating physician); and

10. Dr. Philip McGovern (Son of Ms. Camporesi's treating physician).

11. **Dr. Merle J. Berger (Plaintiff Kimberly Cutone's Case-Specific Expert)**

B3075843.1

Lilly reserves the right to supplement and/or amend this list as discovery progresses. Lilly does not anticipate deposing all of Plaintiff Kimberly Cutone's treating physicians, but cannot determine which of those physicians may have information relevant to Lilly's defenses at this stage of litigation.

Respectfully submitted,

ELI LILLY AND COMPANY

By Its Attorneys,

James J. Dillon (BBO # 124660)
Brian L. Henninger (BBO # 657926)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210-2600
(617) 832-1000

Dated:  November 15, 2005

B3075843.1

- 2 -