UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12725 (JLT)

KIMBERLY C. CUTONE and )
ANTHONY CUTONE, )
)
    Plaintiff, )
)
v. )
)
ELI LILLY AND COMPANY, )
)
    Defendant. )

## NOTICE OF APPEARANCE

Please enter the appearance of Juliet A. Davison on behalf of the plaintiffs, Kimberly C. Cutone and Anthony Cutone in the above-captioned action.

Respectfully submitted,

KIMBERLY C. CUTONE AND
ANTHONY CUTONE,

By their attorneys,

/s/ Juliet A. Davison
Juliet A. Davison, BBO #562289
Erica Tennyson, BBO #660707
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626

Date:   December 19, 2005