UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12725 (JLT)

|  |  |
|---|---|
| KIMBERLY C. CUTONE and <br> ANTHONY CUTONE, <br><br> Plaintiff, <br><br> v. <br><br> ELI LILLY AND COMPANY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF APPEARANCE**

Please enter the appearance of Erica Tennyson on behalf of the plaintiffs, Kimberly C. Cutone and Anthony Cutone in the above-captioned action.

Respectfully submitted,

KIMBERLY C. CUTONE AND
ANTHONY CUTONE,

By their attorneys,

/s/ Erica Tennyson
Juliet A. Davison, BBO #562289
Erica Tennyson, BBO #660707
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626

Date: December 19, 2005