UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

KIMBERLY CUTONE AND
ANTHONY CUTONE,
    Plaintiffs

v.                                    CA. No. 1:04-cv-12725-JLT

ELI LILLY AND COMPANY, et al
    Defendants.

## NOTICE OF WITHDRAWAL

COMES NOW Kenneth M. Levine of Kenneth M. Levine & Associates, 370 Washington Street, Brookline, Massachusetts 02445 and WITHDRAWS his appearance as Counsel for the Plaintiff(s) in the above referenced matter.

Respectfully submitted this 25th day of January, 2006

/s/ Kenneth M. Levine
_____
Kenneth M. Levine, BBO#296850
Kenneth M. Levine & Associates
370 Washington Street
Brookline, Massachusetts 02445
(617) 566-2700

Dated : January 25, 2006