## IN THE UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIMBERLY C. CUTONE, et al.,     ]<br><br>Plaintiffs,     ]<br><br>v.     ]<br><br>ELI LILLY AND COMPANY, et al.,     ]<br><br>Defendants.     ] | Civil Action No.: 1:04-cv-12725-JLT |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

TO:    The Clerk of the Court

The Clerk will dismiss the claims of minor plaintiff, ADRIANA BELLA CUTONE, only

and without prejudice as to remaining defendant Eli Lilly and Company.

Respectfully submitted,

TODD & WELD LLP

FOLEY & HOAG LLP


/s/ Erica Tennyson
JULIET A. DAVISON, BBO#562289
ERICA TENNYSON, BBO#660707
28 State Street
Boston, MA   02109
617-720-2626
Attorneys for Plaintiff
etennyson@toddweld.com

/s/ Brian Henninger
JAMES J. DILLON, BBO#124660
BRIAN L. HENNINGER, BBO#657926
155 Seaport Boulevard
Boston, MA 02210
617-832-1000
Attorneys for Defendant
bhenniger@foleyhoag.com

Dated: February 3, 2006


Approved this _____ day of _____, 2005.


_____
JOSEPH L. TAURO

United States District Judge

## CERTIFICATE OF SERVICE

I, Erica Tennyson, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 3, 2006.

/s/ Erica Tennyson