IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIMBERLY C. CUTONE, et al., | ] |
| Plaintiffs, | ] |
| v. | ] Civil Action No.: 1:04-cv-12725-RCL |
| ELI LILLY AND COMPANY, et al., | ] |
| Defendants. | ] |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

TO:   The Clerk of the Court

The Clerk will dismiss the claims of minor plaintiff, ADRIANA BELLA CUTONE, only and without prejudice as to remaining defendant Eli Lilly and Company.

Respectfully submitted,

TODD & WELD LLP                           FOLEY & HOAG LLP

/s/ Erica Tennyson                        /s/ Brian Henninger
JULIET A. DAVISON, BBO#562289             JAMES J. DILLON, BBO#124660
ERICA TENNYSON, BBO#660707                BRIAN L. HENNINGER, BBO#657926
28 State Street                           155 Seaport Boulevard
Boston, MA 02109                          Boston, MA 02210
617-720-2626                              617-832-1000
Attorneys for Plaintiff                   Attorneys for Defendant
etennyson@toddweld.com                    bhenniger@foleyhoag.com

Dated: February 3, 2006

Approved this ___ day of Feb ___, 2005.

~~REGINALD C. LINDSAY~~

2/6/06

United States District Judge

## CERTIFICATE OF SERVICE

I, Erica Tennyson, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 3, 2006.

/s/ Erica Tennyson