UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIMBERLY C. CUTONE and ANTHONY CUTONE,<br><br>  Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>  Defendant. | CIVIL ACTION No. 04-CV-12725 (JLT) |

**DEFENDANT ELI LILLY AND COMPANY'S
MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, defendant Eli Lilly and Company ("Lilly") hereby moves for summary judgment on all of Plaintiffs' claims. As explained more fully in Lilly's accompanying Memorandum of Points and Authorities In Support of Its Motion for Summary Judgment, Lilly is entitled to summary judgment as to all of Plaintiffs' claims because Plaintiffs have failed as a matter of law to show that Lilly made the DES to which Plaintiff Kimberly CUtone was allegedly exposed.

WHEREFORE, Lilly respectfully requests that its Motion for Summary Judgment be granted.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to L.R. 7.1, Lilly hereby requests a hearing on this motion.

Respectfully submitted,

ELI LILLY AND COMPANY

/s/ James J. Dillon
James J. Dillon (BBO # 124660)
Brian L. Henninger (BBO # 657926)
Foley Hoag LLP
155 Seaport Boulevard
World Trade Center West
Boston, MA 02110-2600
(617) 832-1000

Dated: May 1, 2006

**Certificate of Service**

I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on May 1, 2006.

| Aaron M. Levine, Esq.<br>Aaron M. Levine & Associates<br>1320 19th Street, N.W.<br>Suite 500<br>Washington, D.C. 20036<br>**Attorney for Plaintiffs** | Sheila Mone<br>Kenneth M. Levine & Associates<br>370 Washington Street<br>Boston, MA 02445<br>**Attorney for Plaintiffs** |
|---|---|
| Juliet A. Davidson<br>Todd & Weld<br>28 State Street<br>Boston, MA 02109<br>**Attorney for Plaintiffs** | Erica Tennyson<br>Todd & Weld<br>28 State Street<br>Boston, MA 02109<br>**Attorney for Plaintiffs** |

/s/ James J. Dillon
James J. Dillon (BBO # 124660)