IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIMBERLY C. CUTONE and, ANTHONY CUTONE <br><br> Plaintiffs, <br> v. <br><br> ELI LILLY AND COMPANY, <br><br> Defendant. | Civil Action No. 04-CV-12725 (JLT) |

## [PROPOSED] ORDER

**UPON CONSIDERATION** of Defendant's Motion to Strike the Statement of Harold Sparr, R. Ph., and Plaintiffs' opposition filed thereto, it is this _____ day of _____, 2006,

**ORDERED**, that Defendant Eli Lilly and Company's Motion be, and hereby, is DENIED.

_____
HON. JOSEPH L. TAURO, U.S.D.J.