IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIMBERLY C. CUTONE and, ANTHONY CUTONE )<br><br>Plaintiffs, )<br>v. )<br><br>ELI LILLY AND COMPANY, )<br><br>Defendant. ) | Civil Action No. 04-CV-12725 (JLT) |

### [PROPOSED] ORDER

**UPON CONSIDERATION** of Defendant's Motion to Strike the Statement of Philip Cafferty, and Plaintiff's opposition filed thereto, it is this _____ day of _____, 2006,

**ORDERED**, that Defendant Eli Lilly and Company's Motion be, and hereby, is DENIED.

_____
JOSEPH L. TAURO, U.S.D.J.