UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Kimberly Cutone, et al.**
                    **Plaintiff(s)**

                    **V.**                                    CIVIL CASE NO. 04-12725-JLT

**Eli Lilly & Company, et al.**
                    **Defendant(s)**

## NOTICE AND ORDER

**Bowler, U.S.M.J.**

PLEASE TAKE NOTICE that the above-entitled case has been set for a _____ **mediation hearing** on **10/17/2006** at **10:00** A.M. before Magistrate Judge **Marianne B. Bowler** in Courtroom # **25**.

All PARTIES are REQUIRED to attend and must have full settlement authority, leave of court is required for any exceptions. All confidential mediation briefs are REQUIRED to be submitted to the court VIA FACSIMILE at (617) 204-5833 at least TWO BUSINESS DAYS PRIOR to the hearing.

                                        SARAH A. THORNTON,
                                        CLERK OF COURT

**8/18/2006**                           By: **/s/ Marc K. Duffy, Esq.**
   Date                                        Deputy Clerk

(ADR NOTICE (Cutone).wpd - 3/7/2005)