UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_Kimberly C. Cutone_
Plaintiff(s)

v.

_Eli Lilly + Company_
Defendant(s)

CIVIL ACTION
NO. _04-12725_

## ORDER OF REFERENCE
## FOR
## ALTERNATIVE DISPUTE RESOLUTION

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to _Mag. Judge Bowler_ for the following ADR program:

| | | | |
|---|---|---|---|
| _____ | EARLY NEUTRAL EVALUATION | ✓ | MEDIATION |
| _____ | MINI-TRIAL | _____ | SUMMARY JURY TRIAL |
| _____ | SETTLEMENT CONFERENCE | _____ | SPECIAL MASTER |
| _____ | PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM | | |

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program. If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

BY THE COURT,

_8/22/06_
DATE

_Rita Lovett_
UNITED STATES DISTRICT JUDGE

## CASE CATEGORY

| | | | |
|---|---|---|---|
| Admiralty | _____ | Antitrust | _____ |
| Civil Rights | _____ | Contract | _____ |
| Copyright/Trademark/Patent | _____ | Environmental | _____ |
| ERISA | _____ | FELA | _____ |
| Labor Relations | _____ | Medical Malpractice | _____ |
| Personal Injury | _____ | Product Liability | _____ |
| Shareholder Dispute | _____ | | |
| Other | _____ | | |

(adrrefl.ord - 4/29/94)                                                         [orefadr.]

CASREF

# United States District Court
# District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-12725-JLT

Cutone et al v. Eli Lilly and Company
Assigned to: Judge Joseph L. Tauro
Referred to: Magistrate Judge Marianne B. Bowler
Case in other court: Superior Court District of Columbia, 4ca05307
Cause: 28:1332 Diversity-Product Liability

Date Filed: 12/29/2004
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

### Plaintiff

**Kimberly C Cutone**     represented by     **Aaron M. Levine**
Aaron M. Levine & Associates
1320 19th Street N.W.
Fifth Floor
Washington, DC 20036
202-833-8040
Fax: 202-833-8046
Email: aaronlevinelaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Juliet A. Davison**
Todd & Weld
28 State Street
Boston, MA 02109
617-720-2626
Fax: 617-227-5777
Email: jdavison@toddweld.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sheila Mone**
Kenneth M. Levine & Associates
370 Washington St.
Boston, MA 02445
617-566-2700
Fax: 617-566-6144
Email: smone@klevinelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica Tennyson**

                                                      Todd & Weld LLP
                                                      28 State Street
                                                      Boston, MA 02109
                                                      617-720-2626
                                                      Fax: 617-227-5777
                                                      Email: etennyson@toddweld.com
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Cutone**                                    represented by  **Aaron M. Levine**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Juliet A. Davison**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Sheila Mone**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Erica Tennyson**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Eli Lilly and Company**                          represented by  **Lawrence Hedrick Martin**
                                                                Foley Hoag LLP
                                                                1875 K Street, NW
                                                                Suite 800
                                                                Washington, DC 20006
                                                                202-223-1200
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Brian L. Henninger**
                                                                Foley Hoag LLP
                                                                155 Seaport Boulevard
                                                                Seaport World Trade Center West
                                                                Boston, MA 02210
                                                                617-832-3061
                                                                Fax: 617-832-7000

Email: bhenninger@foleyhoag.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bristol-Myers Squibb Company**
*A Successor of E.R. Squibb & Sons, Inc.*
*TERMINATED: 03/31/2005*

represented by **Sidney G. Leech**
Goodell, Devries, Leech & Dann, LLP
One South Street
Baltimore, MD 21202
410-783-4017
Fax: 410-783-4040
*LEAD ATTORNEY*

**Mark E. Swirbalus**
Day, Berry & Howard
One International Place
Boston, MA 02110
617-345-4753
Fax: 617-345-4745
Email: meswirbalus@dbh.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pharmacia & UpJohn Company**
*TERMINATED: 09/30/2005*
*also known as*
The UpJohn Company
*TERMINATED: 09/30/2005*

represented by **Elizabeth Ewert**
Drinkle Biddle LLP
1500 K Street NW
Washington, DC 20005
202-842-8864
Fax: 202-842-8465
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa J. Cooney**
Manchel & Brennan
199 Wells Avenue
Ste. 301
Newton, MA 02459
617-796-8920
Fax: 617-796-8921
Email: lcooney@manchelbrennan.com
*TERMINATED: 05/12/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc C. Laredo**
Laredo & Smith LLP.
15 Broad Street
Ste. 600

                        Boston, MA 02109
                        617-367-7984
                        Fax: 617-367-6475
                        Email: laredo@laredosmith.com
                        *LEAD ATTORNEY*
                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Premo Pharmaceutical Laboratories, Inc.**
*TERMINATED: 10/28/2005*

represented by **Juli Zsuzsa Simonyi**
Eccleston & Wolf, P.C.
2001 S. Street, NW
Washington, DC 20009-1125
202-857-1696
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jodi B. Buske**
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109
617-570-8345
Fax: 617-523-1231
Email: jbuske@goodwinprocter.com
*TERMINATED: 10/28/2005*

**Julie M. Wade**
Goodwin Procter, LLP
Exchange Place
Boston, MA 02109
617-570-8342
Fax: 617-523-1231
Email: jwade@goodwinprocter.com
*TERMINATED: 10/28/2005*

**Defendant**

**Dart Industries, Inc.**
*A Successor to Rexall Drug Company, Inc.*
*TERMINATED: 12/29/2004*

represented by **John F. Anderson**
Troutman Sanders LLP
1660 International Drive
McLean, VA 22102
703-734-4356
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Wyeth Ayerst Laboratories**
*TERMINATED: 07/19/2005*

represented by **Janice W. Howe**
Bingham McCutchen LLP

150 Federal Street
Boston, MA 02110
617-951-8504
Fax: 617-951-8736
Email: janice.howe@bingham.com
*TERMINATED: 07/19/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary B. Murrane**
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
617-951-8000
Fax: 617-951-736
Email: mary.murrane@bingham.com
*TERMINATED: 07/19/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul M. Robertson**
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
617-951-8000
Fax: 617-951-8736
Email: paul.robertson@bingham.com
*TERMINATED: 07/19/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dart Industries, Inc.**
*TERMINATED: 12/29/2004*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/12/2004 | ●24 | NOTICE OF REMOVAL by Premo Pharmaceutical Laboratories, Inc., Dart Industries, Inc., Eli Lilly and Company, Bristol-Myers Squibb Company, Pharmacia & UpJohn Company from Superior Court for the District of Columbia, case number 04ca05307. $ 150, filed by Premo Pharmaceutical Laboratories, Inc., Dart Industries, Inc., Eli Lilly and Company, Bristol-Myers Squibb Company, Pharmacia & UpJohn Company. (Attachments: # 1 Exhibit 2# 2 Exhibit 2)(Stanhope, Don) (Entered: 01/11/2005) |

| 12/09/2004 | 25 | Consent MOTION to Transfer Case by Eli Lilly and Company.(Stanhope, Don) (Entered: 01/11/2005) |
|---|---|---|
| 12/29/2004 | 22 | Case transferred in from District of Columbia; Case Number 1:04-cv-01365-GK-AK. Original file with documents numbered 1-21, certified copy of transfer order and docket sheet received. (Stanhope, Don) (Entered: 01/03/2005) |
| 12/29/2004 | 26 | STIPULATION Dismissing Dart Industries, Inc. by Kimberly C Cutone, Anthony Cutone. (Stanhope, Don) (Entered: 01/11/2005) |
| 01/03/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Stanhope, Don) (Entered: 01/07/2005) |
| 01/04/2005 | 23 | NOTICE of Appearance by Brian L. Henninger on behalf of Eli Lilly and Company (Henninger, Brian) (Entered: 01/04/2005) |
| 01/12/2005 | 27 | NOTICE of Appearance by Lisa J. Cooney, Marc C. Laredo on behalf of Pharmacia & UpJohn Company (Stanhope, Don) (Entered: 01/14/2005) |
| 01/25/2005 | 28 | NOTICE of Appearance by Julie M. Wade on behalf of Premo Pharmaceutical Laboratories, Inc. (Wade, Julie) (Entered: 01/25/2005) |
| 02/03/2005 | 29 | NOTICE of Appearance by Sheila Mone on behalf of Kimberly C Cutone, Anthony Cutone (Mone, Sheila) (Entered: 02/03/2005) |
| 02/16/2005 | 30 | NOTICE of Appearance by Mary B. Murrane on behalf of Wyeth Ayerst Laboratories (Murrane, Mary) (Entered: 02/16/2005) |
| 02/16/2005 | 31 | NOTICE by Wyeth Ayerst Laboratories *of Appearance of Janice W. Howe* (Murrane, Mary) (Entered: 02/16/2005) |
| 02/16/2005 | 32 | NOTICE by Wyeth Ayerst Laboratories *of Appearance of Paul M. Robertson* (Murrane, Mary) (Entered: 02/16/2005) |
| 02/16/2005 | 33 | NOTICE by Wyeth Ayerst Laboratories *of Withdrawal of Appearance of Williams & Connolly LLP* (Murrane, Mary) (Entered: 02/16/2005) |
| 03/03/2005 | 34 | NOTICE of Scheduling Conference Scheduling Conference set for 4/13/2005 03:00 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 03/03/2005) |
| 03/15/2005 | 35 | NOTICE of Appearance by Jodi B. Buske on behalf of Premo Pharmaceutical Laboratories, Inc. (Buske, Jodi) (Entered: 03/15/2005) |
| 03/30/2005 | 36 | NOTICE of Appearance by Mark E. Swirbalus on behalf of Bristol-Myers Squibb Company (Swirbalus, Mark) (Entered: 03/30/2005) |
| 03/30/2005 | 37 | STIPULATION of Dismissal by Bristol-Myers Squibb Company. (Attachments: # 1 Exhibit 1)(Swirbalus, Mark) (Entered: 03/30/2005) |
| 04/05/2005 | 38 | JOINT STATEMENT re scheduling conference *Pursuant to Local Rule 16.1(D)*. (Attachments: # 1 Appendix 1# 2 Appendix 2# 3 Appendix 3# 4 |

| | | |
|---|---|---|
| | | Appendix 4# 5 Appendix 5# 6 Appendix 6)(Henninger, Brian) (Entered: 04/05/2005) |
| 04/05/2005 | 39 | CERTIFICATION pursuant to Local Rule 16.1 filed by Kimberly C Cutone.(Stanhope, Don) (Entered: 04/06/2005) |
| 04/05/2005 | 40 | CERTIFICATION pursuant to Local Rule 16.1 filed by Eli Lilly and Company.(Stanhope, Don) (Entered: 04/06/2005) |
| 04/05/2005 | 41 | CERTIFICATION pursuant to Local Rule 16.1 filed by Pharmacia & UpJohn Company.(Stanhope, Don) (Entered: 04/06/2005) |
| 04/05/2005 | 42 | CERTIFICATION pursuant to Local Rule 16.1 filed by Premo Pharmaceutical Laboratories, Inc..(Stanhope, Don) (Entered: 04/06/2005) |
| 04/05/2005 | 43 | CERTIFICATION pursuant to Local Rule 16.1 filed by Wyeth Ayerst Laboratories.(Stanhope, Don) (Entered: 04/06/2005) |
| 04/12/2005 | 44 | NOTICE of Appearance by Sheila Mone on behalf of Kimberly C Cutone, Anthony Cutone (Mone, Sheila) (Entered: 04/12/2005) |
| 04/13/2005 | | Judge Reginald C. Lindsay : Electronic ORDER OF RECUSAL. Judge Lindsay hereby recuses himself in this matter. While in private practice he frequently represented The Upjohn Company, a defendant in this action and Pfizer, Inc., an interested party.(Lindsay, Reginald) (Entered: 04/13/2005) |
| 04/13/2005 | | Electronic Clerk's Notes for proceedings held before Judge Reginald C. Lindsay : Scheduling Conference held on 4/13/2005. Counsel for Eli Lilly and Company not present. All discovery due 11/11/05. Plaintiff's expert designations due 8/11/05. Defendant's expert designations due 9/12/05. Dispositive motions due 12/12/05. Court to issue Order of Recusal. (Court Reporter none.) (Stanhope, Don) (Entered: 04/14/2005) |
| 04/14/2005 | 45 | Notice of Reassignment. Judge Joseph L. Tauro added. Judge Reginald C. Lindsay no longer assigned to case. Counsel are directed to the Court's Standing Orders re: Electronic Case Filing. (Stanhope, Don) (Entered: 04/14/2005) |
| 04/22/2005 | 46 | Letter from Brian L. Henninger regarding April 13, 2005 Scheduling Conference. (Stanhope, Don) (Entered: 04/22/2005) |
| 05/12/2005 | 47 | NOTICE of Withdrawal of Appearance Attorney Lisa J. Cooney terminated. (Cooney, Lisa) (Entered: 05/12/2005) |
| 06/23/2005 | | Judge Joseph L. Tauro : Electronic ORDER entered finding as moot 25 Motion to Transfer Case. This is not a motion, it is an order from the US District Court in Washington DC. (Abaid, Kim) (Entered: 06/23/2005) |
| 07/19/2005 | 48 | STIPULATION of Dismissal by Wyeth Ayerst Laboratories. (Murrane, Mary) (Entered: 07/19/2005) |
| 07/22/2005 | | NOTICE by the COURT: a scheduling conference will be held on August 2, 2005 at 11:30 a.m. (Lovett, Zita) (Entered: 07/22/2005) |

| | | |
|---|---|---|
| 07/22/2005 | ●49 | Judge Joseph L. Tauro : Electronic ORDER entered. (Lovett, Zita) (Entered: 07/22/2005) |
| 07/25/2005 | ●50 | Letter/request (non-motion) from Marc C. Laredo. (Laredo, Marc) (Entered: 07/25/2005) |
| 08/08/2005 | ●52 | EXHIBIT - Proposed List of Deponents by Kimberly C Cutone, Anthony Cutone. (Abaid, Kim) (Entered: 08/15/2005) |
| 08/11/2005 | ●51 | EXHIBIT - Proposed List of Deponents by Premo Pharmaceutical Laboratories, Inc.. (Abaid, Kim) (Entered: 08/15/2005) |
| 08/15/2005 | ●53 | Judge Joseph L. Tauro : ORDER entered re: DISCOVERY. All discovery shall be completed by December 30, 2005. Dispositive motions shall be filed by January 31, 2006. A Further Conference is scheduled for March 7, 2006 at 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro.(Abaid, Kim) (Entered: 08/16/2005) |
| 09/30/2005 | ●54 | STIPULATION of Dismissal *with Prejudice of Defendant Pharmacia & Upjohn Company LLC* by Pharmacia & UpJohn Company. (Laredo, Marc) (Entered: 09/30/2005) |
| 10/28/2005 | ●55 | STIPULATION *Of Dismissal With Prejudice Of Defendant Premo Pharmaceutical Laboratories, Inc.* by Premo Pharmaceutical Laboratories, Inc., Kimberly C Cutone, Anthony Cutone. (Buske, Jodi) (Entered: 10/28/2005) |
| 11/15/2005 | ●56 | EXHIBIT *Amended Proposed Deponent List* by Eli Lilly and Company. (Henninger, Brian) (Entered: 11/15/2005) |
| 11/16/2005 | ●57 | Consent MOTION for Leave to File *Amended Complaint and to Amend Scheduling Order* by Kimberly C Cutone, Anthony Cutone. (Attachments: # 1 Appendix Amended Complaint)(Mone, Sheila) (Entered: 11/16/2005) |
| 11/28/2005 | ● | Judge Joseph L. Tauro : Electronic ORDER entered granting 57 Motion for Leave to File Amended Complaint and to Amend Scheduling Order. (Abaid, Kim) (Entered: 11/29/2005) |
| 11/28/2005 | ●58 | Judge Joseph L. Tauro : AMENDED SCHEDULING ORDER. All discovery shall be completed by March 30, 2006. Dispositive motions shall be filed by May 1, 2006. A Further Conference is scheduled for April 10, 2006 at 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro.(Abaid, Kim) (Entered: 11/29/2005) |
| 12/19/2005 | ●59 | NOTICE of Appearance by Juliet A. Davison on behalf of all plaintiffs (Davison, Juliet) (Entered: 12/19/2005) |
| 12/19/2005 | ●60 | NOTICE of Appearance by Erica Tennyson on behalf of all plaintiffs (Tennyson, Erica) (Entered: 12/19/2005) |
| 12/29/2005 | ●61 | *Plaintiff's Supplemental 26(a)(2) Statement* by Kimberly C Cutone.(Tennyson, Erica) Modified on 1/11/2006 (Abaid, Kim). (Entered: 12/29/2005) |

| 01/11/2006 |  | Notice of correction to docket made by Court staff. Correction: Docket Entry 61 corrected because: Corrected title of document to reflect actual document. Termed motion from pending motions list. (Abaid, Kim) (Entered: 01/11/2006) |
|---|---|---|
| 01/11/2006 |  | Motions terminated: 61 Supplemental MOTION for Disclosure *Plaintiffs' Supplemental 26(a)(2) Statement* filed by Kimberly C Cutone,. (Abaid, Kim) (Entered: 01/11/2006) |
| 01/11/2006 | 62 | MOTION for Leave to Appear Pro Hac Vice by Aaron M. Levine by Kimberly C Cutone. (Attachments: # 1 Affidavit of Aaron M. Levine in Support of Motion to Admit Pro Hac Vice)(Tennyson, Erica) (Entered: 01/11/2006) |
| 01/17/2006 |  | Filing fee: $ 50.00, receipt number 69597 regarding 62 Motion for Pro Hac Vice (Abaid, Kim) (Entered: 01/17/2006) |
| 01/17/2006 |  | Judge Joseph L. Tauro : Electronic ORDER entered granting 62 Motion for Leave to Appear Pro Hac Vice Added Aaron M. Levine for Kimberly C Cutone and Anthony Cutone (Abaid, Kim) (Entered: 01/17/2006) |
| 01/24/2006 | 63 | NOTICE of Withdrawal of Appearance by Kenneth M. Levine (Levine, Kenneth) Additional attachment(s) added on 1/31/2006 (Abaid, Kim). (Entered: 01/24/2006) |
| 01/31/2006 |  | Notice of correction to docket made by Court staff. Correction: Docket Entry 63 corrected because: Replaced unsigned document with signed version. (Abaid, Kim) (Entered: 01/31/2006) |
| 02/03/2006 | 64 | STIPULATION of Dismissal *Without Prejudice* by Kimberly C Cutone. (Tennyson, Erica) Additional attachment(s) added on 2/6/2006 (Abaid, Kim). (Entered: 02/03/2006) |
| 02/06/2006 |  | Notice of correction to docket made by Court staff. Correction: Docket Entry 64 corrected because: Replaced document with corrected document. (Abaid, Kim) (Entered: 02/06/2006) |
| 02/06/2006 | 65 | STIPULATION of Dismissal as to Adriana Bella Cutone. (Abaid, Kim) (Entered: 02/07/2006) |
| 03/30/2006 |  | ELECTRONIC Notice Cancelling Hearing. Hearing cancelled: 4/10/2006 to: new date: to be advised upon filing of motions on May 1, 2006. (Lovett, Zita) (Entered: 03/30/2006) |
| 05/01/2006 | 66 | MOTION for Summary Judgment by Eli Lilly and Company.(Dillon, James) (Entered: 05/01/2006) |
| 05/01/2006 | 67 | MEMORANDUM in Support re 66 MOTION for Summary Judgment filed by Eli Lilly and Company. (Attachments: # 1 Text of Proposed Order # 2 Affidavit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit # 10 Exhibit # 11 Exhibit # 12 Exhibit # 13 Exhibit # 14 Exhibit # 15 Exhibit)(Dillon, James) (Entered: 05/01/2006) |

| 05/03/2006 | 68 | Consent MOTION for Extension of Time to 05/25/06 to File Response/Reply as to 66 MOTION for Summary Judgment by Kimberly C Cutone. (Attachments: # 1)(Tennyson, Erica) (Entered: 05/03/2006) |
|---|---|---|
| 05/11/2006 |  | Judge Joseph L. Tauro : Electronic ORDER entered granting 68 Motion for Extension of Time to File Response/Reply re 68 Consent MOTION for Extension of Time to 05/25/06 to File Response/Reply as to 66 MOTION for Summary Judgment (Lovett, Zita) (Entered: 05/11/2006) |
| 05/25/2006 | 69 | Opposition re 66 MOTION for Summary Judgment filed by Kimberly C Cutone, Anthony Cutone. (Tennyson, Erica) (Entered: 05/25/2006) |
| 05/25/2006 | 70 | MEMORANDUM in Opposition re 66 MOTION for Summary Judgment filed by Kimberly C Cutone, Anthony Cutone. (Tennyson, Erica) (Entered: 05/25/2006) |
| 05/25/2006 | 71 | AFFIDAVIT of Aaron M. Levine, Esq. re 70 Memorandum in Opposition to Motion *Authenticating Documents* by Kimberly C Cutone, Anthony Cutone. (Attachments: # 1 Appendix 1# 2 Appendix 2# 3 Appendix 3# 4 Appendix 4# 5 Appendix 5# 6 Appendix 6# 7 Appendix 7# 8 Appendix 8# 9 Appendix 9# 10 Appendix 10# 11 Appendix 11# 12 Appendix 12# 13 Appendix 13# 14 Appendix 14# 15 Appendix 15# 16 Appendix 16# 17 Appendix 17# 18 Appendix 18# 19 Appendix 19# 20 Appendix 20# 21 Appendix 21# 22 Appendix 22# 23 Appendix 23# 24 Appendix 24# 25 Appendix 25# 26 Appendix 26)(Tennyson, Erica) (Entered: 05/25/2006) |
| 05/25/2006 | 72 | Proposed Document(s) submitted by Kimberly C Cutone, Anthony Cutone. Document received: Proposed Order. (Tennyson, Erica) (Entered: 05/25/2006) |
| 06/27/2006 | 73 | Consent MOTION for Leave to File *Reply* by Eli Lilly and Company. (Attachments: # 1 Exhibit Proposed Reply Brief# 2 Affidavit Affidavit in Support of Proposed Reply# 3 Exhibit # 4 Exhibit # 5 Exhibit)(Dillon, James) (Entered: 06/27/2006) |
| 06/27/2006 | 74 | MOTION to Strike *Statement of Philip Cafferty* by Eli Lilly and Company. (Attachments: # 1 Affidavit # 2 Exhibit 1)(Dillon, James) (Entered: 06/27/2006) |
| 06/27/2006 | 75 | MOTION to Strike *Statement of Harold Sparr* by Eli Lilly and Company. (Attachments: # 1 Affidavit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit)(Dillon, James) (Entered: 06/27/2006) |
| 07/11/2006 | 76 | Opposition re 75 MOTION to Strike *Statement of Harold Sparr* filed by Kimberly C Cutone, Anthony Cutone. (Tennyson, Erica) (Entered: 07/11/2006) |
| 07/11/2006 | 77 | AFFIDAVIT of Aaron M. Levine re 76 Opposition to Motion *to Strike the Statement of Harold Sparr, R.Ph.* by Kimberly C Cutone, Anthony Cutone. (Attachments: # 1 Appendix 1# 2 Appendix 2# 3 # 4 Appendix 4# 5 Appendix 5# 6 Appendix 6# 7 Appendix 7)(Tennyson, Erica) (Entered: 07/11/2006) |

| | | |
|---|---|---|
| 07/11/2006 | ●78 | Proposed Document(s) submitted by Kimberly C Cutone, Anthony Cutone. Document received: Proposed Order. (Tennyson, Erica) (Entered: 07/11/2006) |
| 07/11/2006 | ●79 | Opposition re 74 MOTION to Strike *Statement of Philip Cafferty* filed by Kimberly C Cutone, Anthony Cutone. (Tennyson, Erica) (Entered: 07/11/2006) |
| 07/11/2006 | ●80 | AFFIDAVIT of Aaron M. Levine, Esq. re 79 Opposition to Motion *to Strike the Statement of Philip Cafferty* by Kimberly C Cutone, Anthony Cutone. (Attachments: # 1 Appendix 1# 2 Appendix 2# 3 Appendix 3# 4 Appendix 4# 5 Appendix 5# 6 Appendix 6# 7 Appendix 7# 8 Appendix 8# 9 Appendix 9# 10 Appendix 10)(Tennyson, Erica) (Entered: 07/11/2006) |
| 07/11/2006 | ●81 | Proposed Document(s) submitted by Kimberly C Cutone, Anthony Cutone. Document received: Proposed Order re Cafferty. (Tennyson, Erica) (Entered: 07/11/2006) |
| 08/16/2006 | ●82 | Joint MOTION Refer Case to Magistrate Judge *Marianne B. Bowler for Mediation* by Kimberly C Cutone, Anthony Cutone. (Attachments: # 1 Proposed Order)(Tennyson, Erica) (Entered: 08/16/2006) |
| 08/16/2006 | ● | Judge Joseph L. Tauro : Electronic ORDER entered granting 82 Motion to Refer Case to Magistrate Judge Bowler for Mediation (Abaid, Kim) (Entered: 08/16/2006) |
| 08/16/2006 | ●83 | Judge Joseph L. Tauro : ORDER entered. REFERRING CASE to Magistrate Judge Marianne B. Bowler Referred for: Mediation(Abaid, Kim) (Entered: 08/16/2006) |
| 08/18/2006 | ●84 | NOTICE of ADR Conference. Mediation Hearing set for 10/17/2006 at 10:00 AM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. All PARTIES are REQUIRED to attend and must have full settlement authority, leave of court is REQUIRED for any exceptions. All confidential mediation briefs are REQUIRED to be submitted to the court VIA FACSIMILE at (617) 204-5833 at least TWO BUSINESS DAYS prior to the hearing. (Duffy, Marc) (Entered: 08/18/2006) |