IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIMBERLY C. CUTONE and ANTHONY CUTONE, <br><br> Plaintiffs, <br><br> v. <br><br> ELI LILLY AND COMPANY, et al., <br><br> Defendants. | ] <br> ] <br> ] <br> ] <br> ] <br> ] Civil Action No.: 1:04-cv-12725-JLT/MBB <br> ] <br> ] <br> ] <br> ] |

## JOINT MOTION TO STAY THE CASE FOR A PERIOD OF SIX (6) MONTHS

COME NOW the parties, by and through counsel, and hereby moves the Court to enter an Order to stay this matter for a period of six (6) months, and as grounds therefor states:

1. This is a products liability/personal injury case arising from plaintiff Kimberly Cutone's *in utero* exposure to diethylstilbestrol ("DES"). Among the injuries Ms. Cutone claims as a result of her *in utero* exposure to DES are infertility and the inability to carry a pregnancy to term.

2. As of this date, plaintiffs' counsel has been advised by Ms. Cutone that she has recently become pregnant. After consultation with counsel for the defendant, all parties believe that, given the uncertainties surrounding the potential outcome of Ms. Cutone's pregnancy, the interests of justice and economy would best be served by staying this matter for a period of six (6) months.

WHEREFORE, the parties respectfully request the Court enter an Order staying the case for a period of six (6) months.

|  |  |
|---|---|
| | Respectfully submitted, |
| TODD & WELD LLP | FOLEY HOAG LLP |
| /s/ Erica Tennyson | /s/ Brian L. Henninger |
| JULIET A. DAVISON, BBO#562289 | JAMES J. DILLON, BBO#124660 |
| ERICA TENNYSON, BBO#660707 | BRIAN L. HENNINGER, BBO#657926 |
| 28 State Street | 155 Seaport Boulevard |
| Boston, MA  02109 | Boston, MA  02210-2600 |
| (617) 720-2626 | (617) 832-1000 |
| etennyson@toddweld.com | bhenninger@foleyhoag.com |
| | Attorneys for Eli Lilly and Company |
| Aaron M. Levine, Esq. | |
| AARON M. LEVINE & ASSOCIATES | |
| 1320 19th Street, N.W. | |
| Suite 500 | |
| Washington, DC  20036 | |
| (202) 833-8040 | |

Attorneys for Plaintiffs

Dated: October 18, 2006

**CERTIFICATE OF SERVICE**

    I, Erica Tennyson, hereby certify that this Joint Motion to Stay the Case for a Period of Six (6) Months filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 18, 2006.

                                              /s/ Erica Tennyson
                                              Erica Tennyson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIMBERLY C. CUTONE and<br>ANTHONY CUTONE,<br><br>    Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY, et al.,<br><br>    Defendants. | ]<br>]<br>]<br>]<br>]<br>]<br>] Civil Action No.: 1:04-cv-12725-JLT/MBB<br>]<br>]<br>]<br>] |

## [PROPOSED] ORDER

UPON CONSIDERATION of the Joint Motion to Stay the Case for a Period of Six (6) Months, and for good cause shown, it is this _____ day of _____, 2006,

ORDERED that the Motion be and hereby is GRANTED:

AND IT IS FURTHER ORDERED that this case is stayed for a period of six (6) months.

_____
JOSEPH L. TAURO
United States District Judge

|  |  |
|---|---|
|  | Respectfully submitted, |
| TODD & WELD LLP | FOLEY HOAG LLP |
| /s/ Erica Tennyson | /s/ Brian L. Henninger |
| JULIET A. DAVISON, BBO#562289 | JAMES J. DILLON, BBO#124660 |
| ERICA TENNYSON, BBO#660707 | BRIAN L. HENNINGER, BBO#657926 |
| 28 State Street | 155 Seaport Boulevard |
| Boston, MA  02109 | Boston, MA  02210-2600 |
| (617) 720-2626 | (617) 832-1000 |
| etennyson@toddweld.com | bhenninger@foleyhoag.com |
|  | Attorneys for Eli Lilly and Company |
| Aaron M. Levine, Esq. |  |
| AARON M. LEVINE & ASSOCIATES |  |
| 1320 19th Street, N.W. |  |
| Suite 500 |  |
| Washington, DC  20036 |  |
| (202) 833-8040 |  |

Attorneys for Plaintiffs

Dated: October 18, 2006

## CERTIFICATE OF SERVICE

  I, Erica Tennyson, hereby certify that this Proposed Order on the Joint Motion to Stay the Case for a Period of Six (6) Months filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 18, 2006.

              /s/ Erica Tennyson
              Erica Tennyson