UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KIMBERLY CUTONE and ANTHONY *
CUTONE, *
 *
        Plaintiffs, *
 *
 *
v. *    Civil Action No. 04-12725-JLT
 *
 *
ELI LILLY and COMPANY, *
 *
        Defendant. *

## ORDER

October 23, 2006

TAURO, J.

This court hereby orders that:

1.    MOTION to Stay the Case for a Period of Six Months (#90) is DENIED;

2.    Although mediation is stayed pursuant to Magistrate Judge Bowler's order of October 17, 2006, discovery shall continue.

IT IS SO ORDERED.

                                                /s/ J. Tauro
                                             United States District Judge