IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIMBERLY C. CUTONE and ANTHONY CUTONE, <br><br> Plaintiffs, <br><br> v. <br><br> ELI LILLY AND COMPANY, et al., <br><br> Defendants. | ] <br> ] <br> ] <br> ] <br> ] <br> ] Civil Action No.: 1:04-cv-12725-JLT/MBB <br> ] Next Event: Status Conference on 11/7/06 <br> ] <br> ] <br> ] |

[~~PROPOSED~~] ORDER

UPON CONSIDERATION of the Joint Motion to Cancel Status Conference and Return Case to Mediation, and for good cause shown, it is this __1ST__ day of __NOVEMBER__, 2006,

ORDERED that the Motion be and hereby is GRANTED;

AND IT IS FURTHER ORDERED that the Status Conference scheduled for Tuesday, November 7, 2006 at 11:00 a.m. is hereby canceled;

AND IT IS FURTHER ORDERED that this case be returned to Mediation to be scheduled on November 13, 15 or 20, 2006, December 11, 2006, or the end of January 2007, or at Magistrate Judge Marianne B. Bowler's earliest convenient date.

_____
JOSEPH L. TAURO
United States District Judge

|  |  |
|---|---|
| | Respectfully submitted, |
| TODD & WELD LLP | FOLEY HOAG LLP |
| /s/ Erica Tennyson | /s/ James J. Dillon |
| JULIET A. DAVISON, BBO#562289 | JAMES J. DILLON, BBO#124660 |
| ERICA TENNYSON, BBO#660707 | BRIAN L. HENNINGER, BBO#657926 |
| 28 State Street | 155 Seaport Boulevard |
| Boston, MA 02109 | Boston, MA 02210-2600 |
| (617) 720-2626 | (617) 832-1000 |
| etennyson@toddweld.com | jdillon@foleyhoag.com |
| | Attorneys for Eli Lilly and Company |
| Aaron M. Levine, Esq. | |
| AARON M. LEVINE & ASSOCIATES | |
| 1320 19th Street, N.W. | |
| Suite 500 | |
| Washington, DC 20036 | |
| 202-833-8040 | |
| Attorneys for Plaintiffs | |

Dated: October 31, 2006

## CERTIFICATE OF SERVICE

I, Erica Tennyson, hereby certify that this Proposed Order on Joint Motion to Cancel Status Conference and Return Case to Mediation filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 31, 2006.

/s/ Erica Tennyson
Erica Tennyson