**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

\_\_Kimberly Cutone_____
          Plaintiff(s)

                    V.                              CIVIL ACTION NO. 04-12725-JLT

\_\_Eli Lilly& Co._____
          Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE \_\_\_\_Tauro\_\_\_\_\_

[ ]   The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[x]   On \_\_\_\_\_3/20/2007_____ I held the following ADR proceeding:

| _____ | SCREENING CONFERENCE | _____ | EARLY NEUTRAL EVALUATION |
| \_\_X\_\_\_ | MEDIATION | _____ | SUMMARY BENCH / JURY TRIAL |
| _____ | MINI-TRIAL | _____ | SETTLEMENT CONFERENCE |

All parties were represented by counsel [except _____ ]

The parties  were / were not  present in person or by authorized corporate officer [except

_____ ].

The case was:

[x]   Settled.  Your clerk should enter a  60  day order of dismissal.

[ ]   There was progress.  A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:

3/20/2007                                              /s/ Marianne B. Bowler, USMJ
DATE                                                   ADR Provider

(ADR Report (Cutone).wpd  - 4/12/2000)                                              [adrrpt.]